# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>STEPHANIE YVETTE REED<br>a/k/a STEPHANIE RAINWATER<br>a/k/a STEPHANIE EVETTE RAINWATER<br><br>*Defendant(s)* | Case No. 3:19-MJ-1088 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 4, 2019__ in the county of __Blount__ in the __Eastern__ District of __Tennessee__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S. Code, Section 115 | Threats to Federal Officials |

This criminal complaint is based on these facts:
See Affidavit in Support of Criminal Complaint attached hereto and incorporated herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Bryan Martin, FBI Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/25/2019

_____
*Judge's signature*

City and state: Knoxville, Tennessee

Debra C. Poplin, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Case No. 3:19-MJ-1088 |
| STEPHANIE YVETTE REED<br>a/k/a STEPHANIE RAINWATER<br>a/k/a STEPHANIE EVETTE RAINWATER | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Bryan Martin, Trooper with the Tennessee Highway Patrol, being duly sworn, do depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Trooper with the Tennessee Highway Patrol and have been so employed since July 2000. I am currently assigned to the Knoxville Division of the Federal Bureau of Investigation ("FBI") as a sworn Federal Task Force Officer. In this capacity, my primary responsibilities include investigating individuals involved in domestic and international terrorism crimes, including crimes occurring within the Eastern District of Tennessee.

2. The information contained in this affidavit is based on my personal observations, observations of other law enforcement officers as related to me, my review of official police and government reports, and consultation with other law enforcement officers involved in the investigation.

3. This affidavit is made in support of an application for a complaint and arrest warrant for the arrest STEPHANIE YVETTE REED ("REED") for a violation of Title 18, United States Code, Section 115 (Threats to Federal Officials). Title 18, United States Code, Section 115(a)(1)(B) provides that whoever "threatens to assault, kidnap, or murder, ... a Federal

law enforcement officer ... with intent to impede, intimidate, or interfere with such ... law enforcement officer while engaged in the performance of official duties, or with the intent to retaliate against such ... law enforcement officer on account of the performance of official duties" has committed a crime.

## PROBABLE CAUSE

4. In December 2018, the Knoxville Division of the FBI began investigating reports that REED had made several threats on various social media platforms. Specifically, it was reported to the FBI that REED posted on Facebook that she had pipe bombs. FBI Special Agent William Weiss was assigned to the investigation.

5. In December 2018, Special Agent Weiss attempted to locate REED but was unsuccessful. However, Special Agent Weiss interviewed REED's sister and mother. REED's sister stated that REED is homeless, suffers from mental illness, and has substance abuse problems. REED's sister also stated the family is afraid of REED because of REED's continued threats to kill them. During these interviews, Special Agent Weiss left his business card with REED's sister and mother.

6. In April 2019, REED posted a photograph on Instagram depicting REED's Cherokee Country National Identification alongside Special Agent Weiss's business card. In the caption to the photograph, REED stated, "FBI BEST SHOW UP IN MY AREA IVE GOT ACESS TO ARTILLERY AKA MASS DESTRUCTION I THINK YOUR FAMILIAR ALREADY."

7. On June 4, 2019, Special Agent Weiss again interviewed REED's mother. This is the last contact Special Agent Weiss has had with any member of REED's family.

2

8. On July 7, 2019, Special Agent Weiss received a voice message from REED on his desk phone. The voice message was made on July 4, 2019 at 7:01 pm. In the voice message, REED stated the following:

> [Inaudible] This is Stephanie Reed. I heard you been looking for me a few times at my mother's address on Best Road. Well let me tell you something you [inaudible] bitch. I am Stephanie Yvette Reed. I got a bar code in my fucking head. I am Donald Trump's great-great niece and I called you several times about Marshall Mathers[1] threatening to fucking kidnap me and murder me. [Inaudible] So now I'm coming to fucking kill you motherfucker. Bye.

9. Based on incoming telephone call information collected by the FBI's voice messaging system, the telephone number associated with this voice message belongs to Executive Lodge, located at 215 S. Hall Road, Alcoa, Tennessee. Executive Lodge has confirmed that REED was a registered occupant at the hotel on July 4, 2019.

---

[1] The FBI believes that the individual identified by REED as "Marshall Mathers" is Marshall Bruce Mathers III, a rap artist professionally known as Eminem.

3

Case 3:19-cr-00138-TAV-HBG   Document 1   Filed 07/26/19   Page 4 of 5   PageID #: 4

## CONCLUSION

10. Based on the foregoing, I respectfully submit that there is probable cause to believe that, within the Eastern District of Tennessee, REED violated Title 18, United States Code, Section 115.

Respectfully submitted,

Bryan Martin
Task Force Officer
Federal Bureau of Investigation

Subscribed and sworn to before me on July 25, 2019:

United States Magistrate Judge

4